```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   18 CR 669-09 (JPO)
     -against-                      :
                                    :   ORDER
ELVIN PEREZ                         :
                                    :
          Defendant                 :
                                    :
------------------------------------X
```

J. PAUL OETKEN, United States District Judge:

ORDERED that the defendant's bail be modified to require that the defendant participate in mental health treatment as directed.

Dated: New York, New York
       November 23, 2021

SO ORDERED

_____
J. PAUL OETKEN
United States District Judge